IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID SAXTON, | : | |
|     Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | No. 08-3303 |
| Commissioner of the | : | |
| Social Security Administration, | : | |
|     Defendant | : | |

FILED
APR 30 2009

## ORDER

**Anita B. Brody, J.**

AND NOW, this 29th day of April, 2009, upon consideration of Plaintiff's request for review, and Defendant's response, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. This matter is REMANDED to the Commissioner for review consistent with this report and recommendation.

BY THE COURT:

_____
ANITA B. BRODY, J.